**GRIFFITH v. COMMISSIONER OF INTERNAL REVENUE.**

**No. 5862.**

Circuit Court of Appeals, Seventh Circuit.

April 22, 1936.

Robert H. Jackson, of Washington, D. C., for respondent.

Before EVANS, SPARKS, and ALSCHULER, Circuit Judges.

PER CURIAM.

On motion of counsel for respondent, counsel for petitioner consenting thereto, it is now here ordered and adjudged that this cause be docketed in this court and that the petition for a review of the decision of the United States Board of Tax Appeals entered on January 21, 1935, be, and the same is hereby, dismissed for want of prosecution.